# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NICHOLAS C. DANIELS and <br> ROWENA DANIELS <br> <br> V. <br> <br> JPMORGAN CHASE, N.A. and FEDERAL <br> HOME LOAN MORTGAGE <br> CORPORATION | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 4:11-CV-616 <br> Judge Schneider/Judge Mazzant |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants JPMorgan Chase Bank, N.A., incorrectly sued as "JP Morgan Chase," and Federal Home Loan Mortgage Corporation's Motion to Dismiss (Dkt. #8) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants JPMorgan Chase Bank, N.A., incorrectly sued as "JP Morgan Chase," and Federal Home Loan Mortgage Corporation's Motion to Dismiss (Dkt. #8) is **GRANTED** and all claims are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 13th day of January, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE